BRIDGET HUSTON, as Administratrix, etc., Respondent, v. EDWARD G. GILBERT, Appellant.

(Argued March 4, 1889; decided March 19, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 22, 1886, which affirmed a judgment in favor of plaintiff, entered on a verdict and an order denying a motion for a new trial.

*Charles E. Patterson* for appellant.

*E. Countryman* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., not sitting.
Judgment affirmed.